█ CLAYTON W. SMITH et al., Respondents, v. LEHIGH VALLEY RAILROAD COMPANY et al., Appellants.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

█ ROBERT W. HABERSAAT et al., Respondents, v. LEHIGH VALLEY RAILROAD COMPANY et al., Appellants.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

█ LEO H. GOODMAN, Respondent, v. JOHN S. CUNNINGHAM, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.